IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GBMC HEALTHCARE, INC. et al., )<br>)<br>Defendants. )<br>) | CASE NO. 1:24-cv-02803-JKB |

## THE EEOC'S MOTION TO EXTEND ALL DEADLINES AND FOR A STAY DUE TO GOVERNMENT SHUTDOWN

Due to a lapse in appropriations and federal government shutdown the United States Equal Employment Opportunity Commission (EEOC) files this motion seeking an Order extending all Court-ordered and other deadlines and entering a stay or holding in abeyance this litigation, without prejudice to the EEOC resuming and completing discovery after the government reopens, and in support thereof states the following.

1. The EEOC has conferred with Defendants about the relief sought in this motion, and Defendants consent to the relief sought.

2. The EEOC is the government agency charged with interpreting, administering, and enforcing federal employment discrimination laws.

3. Due to a lapse in appropriations, the federal government and its agencies are in a shutdown. As a result, and consistent with the Antideficiency Act, regular functions including personnel providing services are suspended absent those authorized by law or emergency. *See* 31 U.S.C. § 1341(a)(1)(B); 31 U.S.C. § 1342. Accordingly, the EEOC files this motion seeking entry of an order extending all Court-ordered and other deadlines and granting a stay or holding this case

in abeyance so that the EEOC may resume litigation, without prejudice to the agency, after the government reopens.

4. The EEOC is mindful that the Court ordered the completion of fact discovery by October 30, 2025, and issued other case management deadlines. Information describing the EEOC's efforts to conduct and complete discovery is set forth in the EEOC's Opposed Motion to Extend Discovery Period and Increase Deposition Hours (ECF 39), which the Court scheduled for hearing on October 8, 2025, by Order dated October 1, 2025 (ECF 41). As set forth in that Motion (ECF 39) and below, the EEOC has worked diligently to complete discovery in compliance with the Court's Orders, and the agency is prepared to continue doing so should the Court decline to grant the relief sought herein.

5. The EEOC has already conducted depositions of Temitope Oseromi and Tina Kummelman (on September 25, 2025), and the agency has scheduled and noticed depositions of Cindi Beanland (scheduled for 10/3/25), Jill Silbert (scheduled for 10/8/25), Brittney Niebuhr (10/15/2025), Brandon Lee and Julissa Melendez (scheduled for 10/17/25), and Danier Thompson (scheduled for 10/23/25). The EEOC also set Ashley Hayes' deposition for October 15, 2025, and is in the process of changing the date to October 21, 2025, due to conflicts with Ms. Hayes' schedule. The EEOC may conduct other depositions depending on the continuing progress of discovery; information obtained through deposition testimony or witness information; documents and information produced to date; documents and information requested by the EEOC but not yet produced by Defendants; and potential expert witness testimony concerning liability issues.

6. The parties also completed Local Rule 104.8 motion to compel briefing on September 12, 2025, and while they continue to work through discovery disputes regarding the EEOC's First Set of Discovery Requests, the EEOC may need to seek Court intervention to assist

in resolving them. The EEOC also served a Second Request for Production to Defendants and compliance is expected by October 20, 2025. Further, the EEOC issued a subpoena seeking documents from a third party and compliance is anticipated by October 24, 2025.

7.  Absent a Court Order granting this motion, the EEOC intends to continue working to satisfy Court Orders, including attending the hearing set for October 8, 2025, conducting scheduled depositions, and otherwise completing discovery including the matters described above. Nevertheless, as stated above, in light of the shutdown the EEOC seeks an Order extending deadlines and granting a stay or holding this litigation in abeyance until the government reopens. Should the Court enter such an Order, the EEOC also respectfully requests that the Court require the parties, no later than ten (10) days after the government reopens, to meet and confer about resuming litigation and discovery, including rescheduling depositions that were not conducted before entry of any Order granting this motion, and to file a Status Report reflecting their proposal for continuing discovery no later than five (5) days after such conferral. Such an Order will help to ensure that the parties timely reschedule and complete discovery and keep the Court advised of their progress.

WHEREFORE, the EEOC requests this Court issue a Order: (1) extending all Court-ordered and other deadlines and granting a stay or holding in abeyance this litigation, without prejudice to the EEOC resuming and completing discovery after the government reopens; and (2) ordering the parties, no later than ten (10) days after the government reopens, to meet and confer about resuming litigation and discovery, including rescheduling any depositions that were not conducted before entry of any Order granting this motion, and to file a Status Report reflecting their proposal for continuing discovery no later than five (5) days after such conferral.

Dated:   October 1, 2025                                  Respectfully submitted:

*/s/ Emily Datnoff*
Emily Datnoff
Trial Attorney
U.S. Equal Employment Opportunity Commission
Baltimore Field Office
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland
emily.datnoff@eeoc.gov
Tel: 410-801-6708

Sabrina L. Brown
Trial Attorney
sabrina.brown@eeoc.gov
Tel: 216-306-1116
Cleveland Field Office
1240 E. 9 Street, Suite 3001
Cleveland, OH 44199

*Counsel for the EEOC*

## CERTFICATE OF SERVICE

I hereby certify that October 1, 2025, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Emily Datnoff*
Emily Datnoff
Trial Attorney

*Counsel for the EEOC*