IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-24-2803 |
| GBMC HEALTHCARE, INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court has reviewed the EEOC's Motion to Extend All Deadlines and for a Stay Due to Government Shutdown (ECF No. 42). The Motion is DENIED, and all existing dates and deadlines in this case remain unchanged.

DATED this 2 day of October, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge