**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL NO. JKB-24-2803** |
| **GBMC HEALTHCARE, INC., *et al.*,** | * | |
| **Defendants.** | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## <u>ORDER</u>

For the reasons stated in open court, it is hereby ORDERED that:

1. The EEOC's Motion to Compel (ECF No. 50) is GRANTED IN PART and DENIED IN PART.

   a. As to Interrogatory 6 and Request for Production 16, GBMC SHALL PRODUCE to the EEOC an affidavit from Nurse Manager Temitope Oseromi on or before Monday, December 8, 2025. As explained in open court, this affidavit shall clearly identify and describe the responsibilities and regularly performed duties of Medical Intensive Care Unit nurses vis-à-vis transportation to the MRI testing area.

   b. As to Requests for Production 1 and 25, GBMC SHALL PRODUCE to the EEOC all reasonable accommodation and disability discrimination policies that have been in effect or amended between February 24, 2023, and the present. GBMC shall also produce any forms that are referenced in these policies. This production is due on or before Monday, December 8, 2025.

c. To the extent the Motion to Compel seeks relief beyond that granted above, it is DENIED.

2. GBMC's Motion for Rule 11 Sanctions (ECF No. 52) is DENIED WITHOUT PREJUDICE to GBMC re-filing the Motion once the underlying factual disputes have been determined.

3. The EEOC's Motion for Extension of Time to Respond (ECF No. 55) is DENIED AS MOOT.

DATED this _3_ day of December, 2025.

BY THE COURT:

James K. Bredar
United States District Judge